UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADINE A. WHITE, et al.,

       Plaintiffs,

                                                 Case No.  1:07-cv-529

v.

                                                   HONORABLE PAUL L. MALONEY

SMITHKLINE BEECHAM
CORPORATION,

       Defendant.
_____/

**Order Disqualifying Plaintiffs' Attorneys**
**Absent Forthwith Compliance with W. D. Mich. LCivR 83.1**

       Attorneys Cara Luther, George M. Murgatroyd, III, Jennifer R. Liakos, Karen Barth Menzies, Robert M. Brava-Partain, and Frances Phares filed the complaint on behalf of the plaintiffs in the United States District Court for the Eastern District of Pennsylvania in July 2006. In April 2007, a judge in that district ordered the case be transferred to this court.  The transfer of the case to this court was finalized on June 12, 2007.

       On June 12, 2007, the Clerk of this court sent letters to all six of plaintiffs' attorneys stating they need to seek admission to practice before this court.  On July 5, 2007, Frances Phares was admitted to practice before this court.  The remaining five attorneys representing the plaintiffs failed to seek admission to practice before this court or to seek an extension of time in which to do so.  The clerk sent a second letter to all five of them, dated August 15, 2007, that stated, in pertinent part:

> Our records reveal that you have not provided the documents necessary to be admitted to practice in this court, despite receiving notification of the requirements.
>
> According to W.D. MICH. LCivR 83.1, for an attorney to practice in this Court it is

> required that he or she submit an application for admission.  Your failure to provide the necessary paperwork will result in your being prohibited from proceeding in this case.  Please complete the enclosed Petition for Admission form and return it to this office.

Six weeks have elapsed since the Clerk's second admission letter was served on the five remaining attorneys representing plaintiffs, and none of the attorneys either sought admission to practice before this court nor sought an extension of time in which to do so.

Accordingly, the court hereby **PROHIBITS** Cara Luther, George M. Murgatroyd, III, Jennifer R. Liakos, Karen Barth Menzies, and Robert M. Brava-Partain from acting as counsel in this case unless each of them files the required documentation seeking admission to practice before this Court by October 12, 2007.

**IT IS SO ORDERED.**

Dated: September 26, 2007                   /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge