UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADINE A. WHITE, Individually and
as Personal Representative of the
Estate of MORIAH A. MCCULLOUGH,
Deceased, and DAVID B.
MCCULLOUGH, Individually,
       Plaintiffs,

-v-

SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE, a
Pennsylvania Corporation,
       Defendant.

Case No. 1:07-cv-529

HONORABLE PAUL L. MALONEY

JUDGMENT

This Court issued an Order (Dkt. No. 105) **GRANTING** Defendant SmithKline Beecham's Motion for Judgment on the Pleadings.  Accordingly, this case is **CLOSED.**

Date:   March 6, 2008

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge